UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK J. VIENA,<br><br>　　　　Defendant. | ) CASE NO.: CR03-001-RSL<br>)<br>)<br>)<br>) SUMMARY REPORT OF U.S.<br>) MAGISTRATE JUDGE AS TO<br>) ALLEGED VIOLATIONS<br>) OF SUPERVISED RELEASE<br>)<br>) |

　　　An initial hearing on supervised release revocation in this case was scheduled before me on July 1, 2005.  The United States was represented by AUSA Donald Currie and the defendant by Brian Tsuchida for Paula S. Deutsch.  The proceedings were recorded on cassette tape.

　　　Defendant had been sentenced on or about April 18, 2003 by the Honorable Robert S. Lasnik on a charge of Felon in Possession of a Firearm and sentenced to 15 Months Custody, 3 years Supervised Release.

　　　The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision.  Other special conditions included no firearms, narcotic addiction or drug dependency treatment and testing, refrain from alcohol and other intoxicants, submit to search. (DKT 18)

　　　On February 6, 2004, defendant's probation officer reported that he tested positive for opiates and marijuana.  This being the first positive test since commencing supervision, no action

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

was taken at that time. (DKT 20) On November 2, 2004, another report was filed reporting a positive test for methamphetamines. (DKT 21). Defendant was reprimanded, put into a structured testing program with increased frequency of testing, and placed in intensive outpatient treatment.

On March 4, 2005, defendant admitted to using methamphetamine, failing to report for testing, failing to participate in substance abuse treatment, and failing to file monthly reports for a number of months. (DKT 28) Defendant was sentenced to two months in prison followed by 32 months supervised release, including drug treatment and three months in a halfway house. (DKT 29)

In an application dated June 13, 2005, U.S. Probation Officer Joe G. Mendez alleged the following violation of the conditions of supervised release:

1. Failing to complete three months placement at Pioneer Fellowship House as directed by the Court pursuant to a Judgment issued for previous supervised release violations on March 21, 2005. (DKT 31).

Defendant was advised in full as to the charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 1st day of July, 2005.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:      Honorable Robert S. Lasnik
    AUSA:                Donald Currie
    Defendant's attorney: Paula S. Deutsch
    Probation officer:    Joe G. Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2