UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>                        Plaintiff,          )<br>                                                       )<br>           v.                                        )<br>                                                       )<br> MARK J. VIENA,                          )<br>                                                       )<br>                        Defendant.      )<br>_____ ) | Case No. CR03-0001-RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on February 22, 2006. The United States was represented by Assistant United States Attorney Carl Blackstone, and the defendant by Ms. Paula Deutsch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 992(d)(1) and 924(a)(2). On or about April 18, 2003, defendant was sentenced by the Honorable Robert S. Lasnik to fifteen (15) months imprisonment, to be followed by three (3) years of supervised release.

On March 21, 2005, defendant was found to be in violation of his supervised released by (1) using methamphetamine; (2) failing to report for urinalysis testing; (3) failing to participate in a substance-abuse treatment program, and (4) failing to submit monthly reports. Defendant's supervised release was revoked, and he was sentenced by the Honorable Robert S. Lasnik to two (2) months imprisonment, to be followed by thirty-two (32) months of supervised release.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

On May 3, 2005, defendant began serving his second term of supervision and was placed at Pioneer Fellowship House in Seattle. Again, on August 17, 2005, defendant was found to be in violation of his supervision by failing to complete a three-month placement at the Pioneer Fellowship House as directed by the Court. Defendant's second term of probation was revoked, and he was sentenced by the Honorable Robert S. Lasnik to three (3) months imprisonment, to be followed by twenty-four (24) months of supervised release. Defendant was placed at The Tacoma Sanction Center on September 28, 2005, to begin his third term of supervised release.

The conditions of defendant's third term of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation; consent to search; no possession of a firearms or destructive device; no alcohol; and residence at a halfway house for one month.

In a Petition for Warrant or Summons and a Violation Report and Request for Warrant, both dated January 25, 2006, U.S. Probation Officer Joe G. Mendez asserted the following violations by defendant of the conditions of his supervised release:

(1) Using methamphetamine on or before November 30, 2005, in violation of standard condition number 7.

(2) Failing to report for urinalysis testing on November 28, December 19, and December 29, 2005, and on January 3 and January 19, 2006.

(3) Failing to participate in a chemical-dependency treatment program as directed, in violation of special condition number 3.

The defendant admitted to all three pending violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik, on March 1, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 28th day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable Robert S. Lasnik
     AUSA:                     Mr. Carl Blackman
     Defendant's attorney:     Ms. Paula Deutsch
     Probation officer:        Mr. Joe Mendez

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3